WEAVER HARDWARE COMPANY, Respondent, v. MAX SOLOMOVITZ and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RADICE, Appellant.— Motion for leave to appeal to Court of Appeals granted.

GRAHAMS, LIMITED, Respondent, v. GEORGE HALLAUER, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GEORGE TIBBILS, Respondent, v. LAZAR JACOBSOHN, Appellant.— Motion to amend order of reversal [See 201 App. Div. 877] so as to grant a new trial denied, with ten dollars costs.

PETER B. DAYMONT, Respondent, v. NEW YORK MILLS CORPORATION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FRANCIS E. MCGRAW, by Guardian ad Litem, Plaintiff, v. JOSEPH ROSENTHAL, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

LOUIS R. HASKELL, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Appraisal of the Estate of HIRAM R. WOOD, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

HOWARD P. DENISON, Respondent, v. ONEIDA STEEL PULLEY COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

BENJAMIN F. ROLLAH, Respondent, v. THOMAS H. BUSSEY, Appellant.— Motion to dismiss appeal granted.

FRANK NASHEK, Respondent, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Appellant.— Motion to dismiss appeal granted, unless appellant shall serve a typewritten copy of brief on respondent's attorney by the 15th of May, 1922, and be ready to argue the appeal on the 18th day of May, 1922.

LYMAN ROBINSON, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal on or before September first.

In the Matter of FREDERICK G. SPENCER, an Attorney and Counselor at Law. — It appearing that the justices qualified to sit in this proceeding are equally divided and unable to render a decision therein, the proceeding is transferred to the Appellate Division of the Supreme Court, Third Department, to be there heard and determined, pursuant to the provisions of section 618 of the Civil Practice Act. Hubbs, J., not sitting.

ELIZABETH CHLEBOSKI, Appellant, v. JOSEPH WARDYNSKI, Respondent.— Judgment and order reversed on the law, and new trial granted, with costs to appellant to abide event. Held, that the court committed reversible error in refusing to receive the evidence of the witness Baker, an attorney, upon the ground that it was a privileged communication. All concur.